**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

RDP BARRICADE COMPANY LLC,

    Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY,

    Defendant.

**NOTICE OF REMOVAL**

TO:    THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO:

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Zurich American Insurance Company ("Zurich") hereby removes to this Court the above-captioned state court civil action pending in the District Court for the City and County of Denver, State of Colorado.

**STATEMENT OF GROUNDS FOR REMOVAL**

1. On March 18, 2018, Plaintiff RDP Barricade Company LLC ("RDP"), filed a Complaint and Jury Demand (the "State Court Complaint") in the District Court for the City and County of Denver, State of Colorado (the "State Court"), Case No. 2018CV30965 styled *RDP Barricade Company LLC v. Zurich American Insurance Company* (the "State Court Action"). A true and correct copy of the State Court Complaint is attached hereto as **Exhibit A**.

2. On April 20, 2018, Zurich was served with a Summons and a copy of the State Court Complaint. A copy of the Summons served on Zurich is attached with the State Court Complaint as Exhibit A. Removal is timely because this notice was filed within the 30-day time

frame set forth in 28 U.S.C. § 1446(b).

3. Zurich hereby removes the State Court Action to this Court on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). Section 1332(a) provides that United States district courts have original jurisdiction over any action: (1) in which the matter in controversy exceeds the sum or value of $75,000; and (2) is between citizens of different States. 28 U.S.C. § 1332(a).

### A. The Amount In Controversy Exceeds $75,000.

4. In the State Court Complaint, RDP alleges that Zachary Frisch ("Frisch") filed a lawsuit in Colorado state court against RDP, Ted Ott ("Ott"), Jordan Scharg ("Scharg"), and others (the "Frisch Lawsuit"). Zurich issued a policy of insurance to RDP (the "Policy"). RDP alleges in the State Court Complaint that Zurich denied RDP's claim for coverage of the Frisch Lawsuit under the Policy. As a result, RDP averred breach of contract, bad faith breach of insurance contract, and statutory claims resulting from the denial. It is the relief RDP seeks, and not to which it is entitled, that must be considered for jurisdictional purposes. *Continental Am. Corp. v. Camera Controls Corp.*, 692 F.2d 1309, 1310, n.1 (10th Cir. 1982) ("[T]he amount in controversy is not dependent on the amount actually recovered by plaintiff."); *McPhail v. Deere & Co.*, 529 F.3d 947, 956 (10th Cir. 2008) (the amount in controversy does not establish what plaintiff will ultimately recover).

5. RDP's State Court Complaint does not quantify the amount in controversy. However, the District Court Case Cover Sheet (the "Cover Sheet") filed with the State Court Complaint satisfies the $75,000 jurisdictional minimum. *Paros Props. LLC v. Colo. Cas. Ins. Co.*, 835 F.3d 1264, 1273 (10th Cir. 2016) (The District Court Cover Sheet indicating a value in excess of $100,000 satisfies the $75,000 jurisdiction minimum). Here the Cover Sheet plainly states "a

monetary judgment over $100,000 is sought" by RDP. A true and correct copy of the District Court Cover Sheet is attached as **Exhibit B**. "There is no ambiguity in the cover sheet. And we see no reason not to credit an assertion by an officer of the court on a matter of significant consequence in the state proceeding[.]" *Paros Props. LLC*, 835 F.3d at 1273.

6. Thus, the assertion in a pleading filed by RDP's counsel that a judgment in excess of $100,000 is being sought exceeds the $75,000 jurisdictional minimum necessary to establish diversity jurisdiction.

### B. Complete Diversity Exists Between RDP and Zurich.

7. RDP is a Colorado limited liability company that consists of six members: (a) Denver Barricade Company LLC, whose only two members are Michael Opatowski and Stephen Elken, both Colorado citizens; (b) Rusty Reynolds, a Colorado citizen; (c) Ott, a Colorado citizen; (d) Polar Star Partners LLC, whose sole member is Scharg, a citizen of Colorado; (e) Naha Trust, whose trustee is Richard Naha, a Colorado citizen; and (f) Atta Boy Holdings, a Colorado limited liability company whose sole member is Frisch, a citizen of Colorado. Thus, for purposes of diversity jurisdiction under 28 U.S.C. § 1332, RDP is a citizen of Colorado. Plaintiff is, therefore, a citizen of Colorado for diversity purposes. *See Hale v. Mastersoft Intern. Pty. Ltd*., 93 F.Supp.2d 1108, 1112 (D. Colo. 2000) (a limited liability company is a citizen of the states of which its members are citizens); see also *Wachovia Bank v. Schmidt,* 546 U.S. 303, 318 (2006) ("a corporation's citizenship derives, for diversity jurisdiction purposes, from its State of incorporation and principal place of business.").

8. "Diversity jurisdiction requires complete diversity – no plaintiff may be a citizen of the same state as any defendant." *Grynberg v. Kinder Morgan Energy Partners, L.P.*, 805 F.3d

3

4853-0203-2485.1

901, 905 (10th Cir. 2015). "For purposes of determining the existence of diversity jurisdiction, the citizenship of the parties is to be determined with reference to the facts as they existed at the time of filing." *Id*. (citing *Grupo Dataflux v. Atlas Glob. Grp., L.P.*, 541 U.S. 567, 569-70 (2004)). "For diversity, a corporation is a citizen of its state of incorporation and the state where its principal place of business is located." *Id*. (citing 28 U.S.C. § 1332(c)(1); *Hertz Corp. v. Friend*, 559 U.S. 77, 85, 88 (2010)). Zurich is a New York corporation with its principal place of business located in Illinois. See, **Exhibit C**, Zurich American Insurance Company's Periodic Report filed with the Colorado Secretary of State on February 27, 2018, Pg. 1.

9. Thus, for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a), Zurich is a citizen of the States of New York and Illinois. *Grynberg*, 805 F.3d at 905.

10. Because RDP is a citizen of Colorado and Zurich is a citizen of New York and Illinois, there is complete diversity between RDP and Zurich, and jurisdiction is proper here.

### C. **Venue Is Proper In This Court.**

11. The State Court is located within the District of Colorado. Therefore, venue is proper pursuant to 28 U.S.C. § 1441(a) because the District Court for the District of Colorado is the "district and division embracing the place where such action is pending." *See also* 28 U.S.C. § 1391.

### D. **Zurich Is Providing The Requisite Notice.**

12. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon RDP and a copy of this Notice of Removal will promptly be filed with the State Court in the State Court Action.

13. As Zurich is the only named Defendant in this action, there are no other defendants

needing to consent to the removal of the State Court Action to this Court.  *See*, 28 U.S.C. § 1446(b).

14. Pursuant to 28 U.S.C. § 1446(a) and D.C.COLO.LCivR 81.1(A), Zurich is filing herewith a copy of all process, pleadings, and orders served upon Zurich in the State Court Action, which are attached hereto as **Exhibits A, D and E**.  The last remaining pleading filed in the State Court Action is the Summons, which is attached with the State Court Complaint as Exhibit A. Within 14 days of the filing of this Notice of Removal, Zurich will separately file a current docket sheet and each pending motion, petition, and related response, reply, and brief filed in the State Court Action pursuant to D.C.COLO.LCivR 81.1(B).

15. Pursuant to D.C.COLO.LCivR 81.1(C), the undersigned states that, as of the date of this Notice of Removal, no hearings or other proceedings have been set in the State Court Action.

Respectfully submitted this 11th day of May, 2018.

                        KUTAK ROCK LLP

                        By: *s/ Tory M. Bishop*
                            Tory M. Bishop
                            KUTAK ROCK LLP
                            1650 Farnam Street
                            Omaha, NE 68102-2186
                            Telephone:  (402) 346-6000
                            Facsimile:  (402) 346-1148
                            Email: tory.bishop@kutakrock.com

                            Jeffrey H. McClelland
                            KUTAK ROCK LLP
                            1801 California Street, Suite 3000
                            Denver, CO  80202
                            Telephone:  (303) 297-2400
                            Facsimile:  (303) 292-7799
                            Email: jeffrey.mcclelland@kutakrock.com

                        *Attorneys for Defendant Zurich American Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served the same by U.S. Mail, postage pre-paid, on the following:

Bradley A. Levin
Nelson A. Waneka
LEVIN SITCOFF PC
1512 Larimer Street, Suite 650
Denver, CO 80202
bal@levinsitcoff.com
naw@levinsitcoff.com

*Attorneys for Plaintiff RDP Barricade Company LLC*

                                          *s/ Sandra L. Orvis*
                                          Sandra L. Orvis